**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-01036-NYW

AMERICAN CIVIL LIBERTIES UNION OF COLORADO,

    Plaintiff,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Defendant.

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME

---

    Defendant United States Immigration and Customs Enforcement moves for an order granting a fourteen-day extension of the deadline to respond to the Complaint under Federal Rule of Civil Procedure 6(b)(1). Defendant seeks this relief on the following grounds:

    1.    This is a case under the Freedom of Information Act. Defendant was served with the Complaint on April 18, 2019, and its answer or other response to the Complaint is due by May 20, 2019.

    2.    Defendant has completed its search for documents in response to Plaintiff's FOIA request. All identified responsive documents not subject to a FOIA exemption will be produced to Plaintiff by May 22, 2019.

    3.    Defendant respectfully requests a two-week extension of its deadline to respond to the Complaint, to June 3, 2019. This extension of time will afford Plaintiff the opportunity review the documents that Defendant will soon produce and allow the parties to discuss any outstanding issues or steps towards resolving this matter before additional briefing or pleadings

are filed, which may later be amended on the basis of Defendant's production and the parties' discussions.

4. The requested extension of time will not be prejudicial to Plaintiff. As discussed above, Defendant will soon produce all non-exempt documents identified as responsive to the FOIA request upon which the Complaint is based. That production will not be delayed by extending the deadline to respond to the Complaint.

5. Undersigned counsel certifies under D.C.COLO.LCivR 7.1(a) that she conferred with counsel for Plaintiff, who stated that he does not oppose the requested relief.

6. Undersigned counsel certifies under D.C.COLO.LCivR 6.1(c) that a copy of this motion will be served upon agency counsel as a representative for Defendant.

7. Defendant certifies under D.C.COLO.LCivR 6.1(b) that no prior motions for extension of time have been filed in this case.

WHEREFORE, for the reasons set forth above, Defendant respectfully requests that the Court issue an order extending the deadline to respond to the Complaint by fourteen days, from May 20, 2019 to June 3, 2019.

Dated May 16, 2019

Respectfully Submitted,

JASON R. DUNN
United States Attorney

s/ Jane E. Bobet
*Jane E. Bobet*
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado  80202
Telephone: (303) 454-0185
Fax: (303) 454-0407
jane.bobet@usdoj.gov
Attorney for Defendant

## CERTIFICATE OF SERVICE

 I hereby certify that on May 16, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

 Msilverstein@aclu-co.org
 Ajahanian@aclu-co.org

            *s/ Jane E. Bobet*
            Jane E. Bobet
            United States Attorney's Office