IN THE UNITED STATES DISTRICT COURT;
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 19-cv-01036-NYW | Date: June 6, 2019 |
|---|---|---|
| Courtroom Deputy: | Brandy Wilkins | FTR: NYW COURTROOM A-502* |

| *Parties* | *Attorney(s)* |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF COLORADO,<br><br>**Plaintiff,**<br><br>**v.**<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>**Defendant.** | *Arash Jahanian*<br><br><br><br><br><br>*Jane E. Bobet* |

### COURTROOM MINUTES/MINUTE ORDER

**STATUS CONFERENCE**

Court in Session: 10:31 a.m.

Appearance of counsel.

Parties update the court on the status of the Freedom of Information Act requests. Parties indicate that production of about 600 pages has been made with some redactions. Plaintiff is still seeking videos and interview notes. Parties indicate they are continuing discussions.

Discussion held regarding cases related to the documents requested.

**ORDERED: Defendant shall file its opening brief on or before July 17, 2019. Plaintiff shall file its response on or before August 7, 2019. Defendant shall file its reply on or before August 21, 2019.**

Court in Recess:  10:41 a.m.          Hearing concluded.          Total time in Court: 00:10

*To order transcripts of hearings, please contact either AB Court Reporting & Video, Inc. at (303) 629-8534 OR Patterson Transcription Company at (303) 755-4536.