**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-01036-NYW

AMERICAN CIVIL LIBERTIES UNION OF COLORADO,

    Plaintiff,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Defendant.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME
FOR SUMMARY JUDGMENT BRIEFING**

---

    Defendant United States Immigration and Customs Enforcement moves for an order granting an extension of the deadline to submit its Motion for Summary Judgment from July 17, 2019, to September 9, 2019.  There is good cause for the requested extension, as set forth below:

    1.    This is a case brought under the Freedom of Information Act ("FOIA"). Defendant was served with the Complaint on April 18, 2019, and filed its Answer on June 3, 2019.

    2.    Defendant initially produced five pages of documents responsive to Plaintiff's FOIA request on March 8, 2018.  On May 20, 2019, Defendant produced an additional 578 pages of responsive documents.

    3.    Plaintiff subsequently identified additional documents it believed to be responsive to the FOIA request.  Defendant located and reviewed those documents, and on July 12, 2019, produced those responsive, non-exempt documents to Plaintiff.  To the extent these recently produced documents have been withheld in part or in full under one or more applicable FOIA

exemptions, Defendant will provide Plaintiff with a *Vaughn* index explaining those withholdings, consistent with the parties' discussions on this point.

4. On June 6, 2019, the Court held a status conference in this matter. At that conference, undersigned counsel indicated that the parties were engaged in ongoing discussions about the agency's search for and production of documents and claimed exemptions.

5. Noting that the schedule could be extended based on the status of the parties' continued discussions, the Court set a briefing schedule as follows:

 a. Defendant's motion for summary judgment due July 17, 2019;

 b. Plaintiff's response to Defendant's motion due August 7, 2019; and

 c. Defendant's reply due August 21, 2019. *See* ECF No. 20.

6. Defendant respectfully requests an extension of the summary judgment briefing deadlines as follows:

 a. Defendant's motion for summary judgment due September 9, 2019;

 b. Plaintiff's response to Defendant's motion due September 30, 2019; and

 c. Defendant's reply due October 14, 2019.

7. There is good cause for granting this extension in light of the parties' ongoing discussions of outstanding issues and potential areas of agreement, Defendant's recent production of additional documents, and Defendant's anticipated production of a *Vaughn* index relating to those documents. The requested extension will allow time for Plaintiff to review the recently produced documents and the *Vaughn* index that Defendant anticipates providing, and for the parties to continue their discussions to attempt to resolve some or all of the issues in this matter.

8. The requested extension would promote efficiency. To the extent the parties are able to resolve some or all of the issues in this matter before summary judgment, that would eliminate the need for unnecessary briefing and limit the scope of the issues to be resolved by the Court. There are no other pending deadlines in this case that would be affected by the requested extension.

9. Undersigned counsel certifies under D.C.COLO.LCivR 7.1(a) that she conferred with counsel for Plaintiff, and counsel for Plaintiff stated that he does not oppose the requested relief.

10. Undersigned counsel certifies under D.C.COLO.LCivR 6.1(c) that a copy of this motion will be served upon agency counsel as a representative for Defendant.

11. Defendant certifies under D.C.COLO.LCivR 6.1(b) that no prior motions for extension of the summary judgment briefing deadlines have been filed. Defendant previously filed a motion for a 14-day extension of time of the time to answer the Complaint, *see* ECF No. 15, which the Court granted on May 17, 2019, *see* ECF No. 16.

WHEREFORE, for the reasons set forth above, Defendants respectfully request that the Court issue an order extending the deadline for Defendant's motion for summary judgment to September 9, 2019; Plaintiff's response to the motion to September 30, 2019; and Defendant's reply to October 14, 2019. A proposed order is attached.

Dated July 15, 2019

Respectfully Submitted,

JASON R. DUNN
United States Attorney

s/ Jane E. Bobet
*Jane E. Bobet*
Assistant United States Attorney

1801 California Street, Suite 1600
Denver, Colorado  80202
Telephone: (303) 454-0185
Fax: (303) 454-0407
jane.bobet@usdoj.gov
Attorney for Defendant

5

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 15, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

      Msilverstein@aclu-co.org
      Ajahanian@aclu-co.org

                                     *s/ Jane E. Bobet*
                                     Jane E. Bobet
                                     United States Attorney's Office