# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01036-NYW

AMERICAN CIVIL LIBERTIES UNION OF COLORADO,

    Plaintiff,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Defendant.

## UNOPPOSED THIRD MOTION FOR EXTENSION OF TIME
## FOR SUMMARY JUDGMENT BRIEFING

Defendant United States Immigration and Customs Enforcement moves for an order granting an extension of the Motion for Summary Judgment briefing deadlines, as set forth below:

1.    This is a case brought under the Freedom of Information Act ("FOIA"). Defendant was served with the Complaint on April 18, 2019 and filed its Answer on June 3, 2019.

2.    Defendant initially produced five pages of documents responsive to Plaintiff's FOIA request on March 8, 2018.  On May 20, 2019, Defendant produced an additional 578 pages of responsive documents.  On July 12, 2019, Defendant produced 170 more pages of responsive documents.  On September 13, 2019, Defendant re-produced, with certain limited redactions, 128 pages of responsive documents that had initially been withheld in full from the July 12 production.

3. On June 6, 2019, the Court held a status conference in this matter. At that conference, undersigned counsel indicated that the parties were engaged in ongoing discussions about the agency's search for and production of documents, as well as applicable exemptions under FOIA.

4. Noting that the schedule could be extended based on the status of the parties' continued discussions, the Court set a briefing schedule as follows:

    a. Defendant's motion for summary judgment due July 17, 2019;

    b. Plaintiff's response to Defendant's motion due August 7, 2019; and

    c. Defendant's reply due August 21, 2019. *See* ECF No. 20.

5. On July 15, 2019, Defendant filed an unopposed motion for an extension of these deadlines to allow for the parties' ongoing discussions of outstanding issues and potential areas of agreement (ECF No. 21).

6. On July 16, 2019, the Court granted Defendant's unopposed motion and extended the summary judgment deadlines as follows:

    a. Defendant's motion for summary judgment due September 9, 2019;

    b. Plaintiff's response to Defendant's motion due September 30, 2019; and

    c. Defendant's reply due October 14, 2019 (ECF No. 22).

7. On August 20, 2019, Defendant provided Plaintiff with a draft *Vaughn* index describing redactions and withholdings potentially at issue.

8. On September 3, 2019, Defendant filed a second unopposed motion for an extension of these deadlines to allow for the parties' continued discussions of the *Vaughn* index and other issues (ECF No. 23).

9. That same day, the Court granted Defendant's unopposed motion and extended the summary judgment deadlines as follows:

    a. Defendant's motion for summary judgment due September 19, 2019;

    b. Plaintiff's response to Defendant's motion due October 10, 2019; and

    c. Defendant's reply due October 24, 2019 (ECF No. 24).

10. The parties have continued their discussions over the past several days, and a number of potential areas of dispute have already been resolved. Defendant is now in the process of responding to Plaintiff regarding specific documents Plaintiff has recently identified. The parties anticipate that they may be able to come to an agreement on most, if not all, potential issues for summary judgment. Defendant therefore respectfully requests an extension of the current summary judgment deadlines, as follows:

    a. Defendant's motion for summary judgment due October 21, 2019;

    b. Plaintiff's response to Defendant's motion due November 11, 2019; and

    c. Defendant's reply due November 25, 2019.

11. There is good cause for granting the requested extension in light of the parties' ongoing discussions of outstanding issues and potential areas of agreement. The requested extension will allow time for Defendant to respond to Plaintiff's follow-up requests, for Plaintiff to review Defendant's recent production of documents, and for the parties to continue their discussions to attempt to resolve additional issues that would otherwise be addressed on summary judgment.

12. The requested extension would promote efficiency. As noted above, the parties' discussions to date have already led to agreement on some issues in this case, and the parties are continuing to discuss resolution of other issues. To the extent the parties may be able to resolve

more—or all—potential issues in this matter before summary judgment, that would further limit the scope of the issues to be resolved by the Court and eliminate the need for unnecessary briefing. There are no other pending deadlines in this case that would be affected by the requested extension.

13. Undersigned counsel certifies under D.C.COLO.LCivR 7.1(a) that she conferred with counsel for Plaintiff, and counsel for Plaintiff stated that he does not oppose the requested relief.

14. Undersigned counsel certifies under D.C.COLO.LCivR 6.1(c) that a copy of this motion will be served upon agency counsel as a representative for Defendant.

15. Defendant certifies under D.C.COLO.LCivR 6.1(b) that two prior extensions of the summary judgment briefing deadlines were sought and granted, as described above.

WHEREFORE, for the reasons set forth above, Defendant respectfully requests that the Court issue an order extending the deadline for Defendant's motion for summary judgment to October 21, 2019; Plaintiff's response to the motion to November 11, 2019; and Defendant's reply to November 25, 2019.

Dated September 17, 2019

Respectfully Submitted,

JASON R. DUNN
United States Attorney

s/ Jane E. Bobet
*Jane E. Bobet*
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado  80202
Telephone: (303) 454-0185
Fax: (303) 454-0407
jane.bobet@usdoj.gov
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Msilverstein@aclu-co.org
Ajahanian@aclu-co.org

*s/ Jane E. Bobet*
Jane E. Bobet
United States Attorney's Office