## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01036-NYW

AMERICAN CIVIL LIBERTIES UNION OF COLORADO,

    Plaintiff,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Defendant.

## JOINT STATUS REPORT

Pursuant to the Court's minute order of October 24, 2019 (ECF No. 30), the parties submit this joint status report.

1. This is a case brought under the Freedom of Information Act ("FOIA"). Plaintiff filed the Complaint on April 9, 2019, and Defendant filed its Answer on June 3, 2019.

2. On June 6, 2019, the Court held a status conference in this matter. The Court set a summary judgment briefing schedule, noting that the schedule could be extended based on the status of the parties' continued discussions. The Court extended those deadlines three times on Defendant's unopposed motions, which described the parties' ongoing efforts to resolve outstanding issues in this case. *See* ECF Nos. 21-26.

3. Given the parties' continued communications and progress in addressing the issues presented in this case, on October 17, 2019, Defendant filed an unopposed motion seeking an order vacating the summary judgment briefing deadlines and instead setting a date by which the parties would file a joint status report (ECF No. 27). The Court held a status conference on

October 24, 2019. The Court granted Defendant's motion, vacating the summary judgment briefing deadlines and ordering that the parties submit a joint status report by December 4, 2019, which would identify any outstanding documents to be produced and describe any areas of dispute of which the parties are aware (ECF No. 30). The Court also set a telephonic status conference for December 18, 2019.

    4.    With regard to the documents to be produced, Defendant has agreed to produce certain videos in response to Plaintiff's FOIA request. Defendant anticipates those videos will be produced in advance of the status conference on December 18, 2019. Additionally, in a letter dated October 23, 2019, Plaintiff identified the following categories of documents it believes are responsive to its FOIA request:

    a. GEO's policies governing medical care in the Aurora Contract Detention Facility (ACDF), referenced on pages 647 and 649 of Defendant's prior productions.

    b. The audio recording of a phone call on November 19, 2017, referenced on pages 74 and 654 of Defendant's prior productions.

    c. Emails, including those regarding hunger strike and suicide watch referenced on pages 103, 692, and 693 of Defendant's prior productions.

    d. Notes from a meeting taking place on the Wednesday prior to Kamyar Samimi's death (November 29, 2017).

    e. Clinical Institute Withdrawal Assessment (CIWA) forms not already in Plaintiff's possession, including one dated November 20, 2017.

    f. ACDF's December 18, 2017 Multi-Level Mortality Review.

    g. A visitor log referenced on page 91 of Defendant's prior production.

Defendant has identified documents potentially responsive to the requests in Plaintiff's October 23 letter and is in the process of reviewing those documents for responsiveness and any applicable FOIA exemptions.  Defendant will produce any identified responsive, non-exempt documents to Plaintiff as soon as possible.

5. At this time, the parties are not aware of any disputes that will require the Court's intervention.  Plaintiff has agreed not to challenge any redactions or withholdings of documents that Defendant has produced to date.  To the extent the documents that Defendant anticipates producing in the future will include redactions and/or withholdings, the parties agree to discuss potential disputes regarding those claimed exemptions, and to attempt to resolve those disputes without necessitating the Court's intervention.  The parties have also agreed to continue discussions regarding the adequacy of Defendant's search for responsive documents once Defendant has made the anticipated productions detailed above.

Dated December 4, 2019.

Respectfully Submitted,

s/ Sara R. Neel
*Sara R. Neel*
ACLU of Colorado
303 E. 17th Ave., Suite 350
Denver, CO 80203
(303) 777-1773
sneel@aclu-co.org
Attorney for Plaintiff

JASON R. DUNN
United States Attorney

s/ Jane E. Bobet
*Jane E. Bobet*
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado  80202
Telephone: (303) 454-0185
Fax: (303) 454-0407
jane.bobet@usdoj.gov
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

    Msilverstein@aclu-co.org
    Ajahanian@aclu-co.org
    Sneel@aclu-co.org

                                           *s/ Jane E. Bobet*
                                           Jane E. Bobet
                                           United States Attorney's Office