**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-01036-NYW

AMERICAN CIVIL LIBERTIES UNION OF COLORADO,

    Plaintiff,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Defendant.

---

**JOINT STATUS REPORT AND MOTION TO VACATE STATUS CONFERENCE**

---

    Pursuant to the Court's Minute Order of December 17, 2019 (ECF No. 34), the parties submit this joint status report and motion to vacate the status conference set for January 17, 2020.

    1.    This is a case brought under the Freedom of Information Act ("FOIA"). Plaintiff filed the Complaint on April 9, 2019, and Defendant filed its Answer on June 3, 2019.

    2.    On June 6, 2019, the Court held a status conference in this matter. The Court set a summary judgment briefing schedule, noting that the schedule could be extended based on the status of the parties' continued discussions. The Court extended those deadlines three times on Defendant's unopposed motions, which described the parties' ongoing efforts to resolve outstanding issues in this case. *See* ECF Nos. 21-26.

    3.    Given the parties' continued communications and progress in addressing the issues presented in this case, on October 17, 2019, Defendant filed an unopposed motion seeking

an order vacating the summary judgment briefing deadlines and instead setting a date by which the parties would file a joint status report (ECF No. 27).  The Court held a status conference on October 24, 2019.  The Court granted Defendant's motion, vacating the summary judgment briefing deadlines and ordering that the parties submit a joint status report by December 4, 2019, which would identify any outstanding documents to be produced and describe any areas of dispute of which the parties are aware (ECF No. 30).  The Court also set a telephonic status conference for December 18, 2019 (*id.*).

4. The parties submitted a joint status report on December 4, 2019, which indicated that Defendant would be producing certain videos in response to Plaintiff's FOIA request and additional documents in response to requests in Plaintiff's letter dated October 23, 2019 (*see* ECF No. 31 ¶ 4).  The joint status report further indicated that the parties are not aware of any disputes that will require the Court's intervention, and that the parties agree to discuss any disputes that may arise in the future and to attempt to resolve them without necessitating the Court's intervention (*see id.* ¶ 5).

5. On December 4, 2019, Defendant produced a number of video clips in response to Plaintiff's FOIA request.  In addition to the videos that have been produced, Defendant recently identified additional videos that appear to be responsive to Plaintiff's FOIA request.  Defendant is in the process of reviewing these and will produce responsive videos to Plaintiff as soon as possible, but Defendant anticipates that the review and processing of the videos for production will take some time.

6. On December 12, 2019, Defendant produced an additional 111 pages of documents in response to requests contained in Plaintiff's October 23, 2019 letter. Plaintiff is in the process of reviewing those additional pages.

7. On December 17, 2019, the Court *sua sponte* vacated the telephonic status conference that had been set for December 18, 2019 and reset it for January 17, 2020 (ECF No. 34). The Court also ordered that the parties submit a joint status report by January 13, 2020 (*id.*).

8. Given that Defendant anticipates producing additional videos to Plaintiff, and that Plaintiff is currently in the process of reviewing the additional documents Defendant recently produced, the parties believe it is not necessary for the Court to set a summary judgment briefing schedule at this time, nor would it serve the interests of efficiency and conservation of the Court's resources. The parties also respectfully submit that it is not necessary to proceed with the status conference set for January 17, 2020.

9. The parties agree that it would be appropriate to submit another joint status report to the Court on or before March 13, 2020. They believe that submitting a status report sooner likely would not be useful, particularly given Defendant's ongoing review of the additional potentially responsive videos, which review and processing for production will take some time to complete.

10. The parties respectfully request that the Court enter an Order vacating the Status Conference set for January 17, 2020, and requiring the parties to submit another joint status report on or before March 13, 2020.

Dated January 13, 2020.

Respectfully Submitted,

| | |
|---|---|
| s/Sara R. Neel | JASON R. DUNN |
| *Sara R. Neel* | United States Attorney |
| ACLU of Colorado | |
| 303 E. 17th Ave., Suite 350 | s/ Jane E. Bobet |
| Denver, CO 80203 | *Jane E. Bobet* |
| (303) 777-1773 | Assistant United States Attorney |
| sneel@aclu-co.org | 1801 California Street, Suite 1600 |
| Attorney for Plaintiff | Denver, Colorado  80202 |
| | Telephone: (303) 454-0185 |
| | Fax: (303) 454-0407 |
| | jane.bobet@usdoj.gov |
| | Attorney for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

    Msilverstein@aclu-co.org
    Sneel@aclu-co.org

                                      *s/ Jane E. Bobet*
                                      Jane E. Bobet
                                      United States Attorney's Office